No. 497. ESTATE OF DAVISON *v.* UNITED STATES. Court of Claims. Certiorari denied. *W. Lee McLane, Jr.* and *Nola McLane* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Melva M. Graney* and *George F. Lynch* for the United States.

No. 501. DYKE WATER CO. *v.* PUBLIC UTILITIES COMMISSION OF CALIFORNIA. Supreme Court of California. Certiorari denied. *Arlyne Lansdale* and *Edgar P. Boyko* for petitioner. *William M. Bennett* and *J. Thomason Phelps* for respondent.

No. 507. MARYLAND CASUALTY CO. *v.* FIRST NATIONAL BANK IN YONKERS ET AL. C. A. 2d Cir. Certiorari denied. *Franklin Nevius* and *J. Edward Davey, Jr.* for petitioner. *Samuel Gottesman* for First National Bank in Yonkers, respondent.

No. 509. BORG-WARNER CORP. *v.* YORK-SHIPLEY, INC. C. A. 7th Cir. Certiorari denied. *Edward A. Haight* and *Stuart S. Ball* for petitioner. *Beverly W. Pattishall* for respondent.

No. 510. SACHS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Hosea Alexander Stephens* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 516. BORNE CHEMICAL CO., INC., ET AL. *v.* McCLURE ET AL. C. A. 3d Cir. Certiorari denied. *William T. Coleman, Jr.* for petitioners. *Arnold R. Ginsburg* for respondents.